# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

ROSALBA V. RODRIGUEZ,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Case No.: 1:18-cv-00952-JDP

**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g).**

    Based upon the parties' Joint Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and entry of judgment and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' Joint Stipulation.

IT IS SO ORDERED.

Dated:   April 29, 2019                      /s/ Jeremy Peterson
                                                              UNITED STATES MAGISTRATE JUDGE